IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No. 1:18-cv-52

| | |
|---|---|
| SHELBY LYNN CASH, and <br> BETTY JOE CASH BAYNE, <br><br> Plaintiffs, <br><br> v. <br><br> LEES-MCRAE COLLEGE, <br> INC., JON DRIGGERS, <br> JEFFREY MERRILL, JOSH <br> GAISSER, and ANDREW <br> TAYLOR, <br><br> Defendants. | DEFENDANTS' MOTION <br> TO DISMISS THE COMPLAINT |

COME NOW Defendants Lees-McCrae College Inc., Jon Driggers, Jeffrey Merrill, Josh Gaisser, and Andrew Taylor, by and through the undersigned counsel, and move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

Wherefore, Defendants respectfully request that Plaintiffs' Complaint be dismissed for the reasons set out in Defendants' accompanying Memorandum of Law in Support of Motion to Dismiss.

This the 18th day of May, 2018.

CRANFILL SUMNER & HARTZOG LLP

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
E-mail: khartzog@cshlaw.com
CARL NEWMAN
N.C. State Bar No. 52943
E-mail: cnewman@cshlaw.com
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/828-5100
Facsimile: 919/828-2277
*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record below:

Stephen P. Lindsay
Sutton & Lindsay, PLLC
46 Haywood Street, Suite 200
Asheville, NC 28801
E-mail: spl@suttonlindsay.com

                         CRANFILL SUMNER & HARTZOG LLP

                         */s/ Katie Weaver Hartzog*
                         KATIE WEAVER HARTZOG
                         N.C. State Bar No. 32989
                         E-mail: khartzog@cshlaw.com
                         CARL NEWMAN
                         N.C. State Bar No. 52943
                         E-mail: cnewman@cshlaw.com
                         Post Office Box 27808
                         Raleigh, North Carolina 27611-7808
                         Telephone: 919/828-5100
                         Facsimile: 919/828-2277
                         *Attorney for Defendants*