IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No. 1:18-cv-52

| | |
|---|---|
| SHELBY LYNN CASH, and BETTY JOE CASH BAYNE, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) NOTICE OF APPEARANCE |
| LEES-MCRAE COLLEGE, INC., JON DRIGGERS, JEFFREY MERRILL, JOSH GAISSER, and ANDREW TAYLOR, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

COMES NOW the undersigned attorney, Carl Newman, and hereby gives notice of appearance as counsel of record for Defendants Lees-McCrae College Inc., Jon Driggers, Jeffrey Merrill, Josh Gaisser, and Andrew Taylor in the above-captioned case.

This the 18th day of May, 2018.

/s/ Carl Newman
CARL NEWMAN
N.C. State Bar No. 52943
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/863-8842
Facsimile: 919/828-2277
Email: cnewman@cshlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record below:

Stephen P. Lindsay
Sutton & Lindsay, PLLC
46 Haywood Street, Suite 200
Asheville, NC 28801
E-mail: spl@suttonlindsay.com

/s/ Carl Newman
CARL NEWMAN
N.C. State Bar No. 52943
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/863-8842
Email: cnewman@cshlaw.com
*Attorney for Defendants*