# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18 cv 52

| | |
|---|---|
| SHELBY LYNN CASH and BETTY JOE CASH BAYNE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>LEES-MCRAE COLLEGE, INCORPORATED, et al., )<br><br>Defendants. ) | **ORDER** |

Before the Court is Plaintiffs' Motion for Extension of Time [# 6]. Plaintiff asks the Court for a fourteen (14) day extension to file to their response to the Motion to Dismiss. Defendants do not object to the extension.

For good cause shown, the Court **GRANTS** the Motion [# 6]. Plaintiffs shall have through **June 15, 2018**, to file their response to the Motion to Dismiss.

Signed: May 31, 2018

_____
Dennis L. Howell
United States Magistrate Judge