IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILE: 1:18 cv 52

**SHELBY LYNN CASH**, and
**BETTY JOE CASH BAYNE**,

    Plaintiffs,

VS.

1)    **LEES-MCRAE COLLEGE, INCORPORATED**;
2)    **JON DRIGGERS**, Dean of Students, Lees-McRae College, Incorporated, in his Official and Individual Capacities;
3)    **JEFFREY MERRILL**, Title IX Coordinator & Director of Compliance, Lees-McRae College, Incorporated, in his Official and Individual Capacities;
4)    **JOSH GAISSER**, Assistant Dean of Students for Residence Life, Lees-McRae College, Incorporated, in his Official and Individual Capacities;
5)    **ANDREW TAYLOR**, Adjunct Instructor, Lees-McRae College, Incorporated, in his Official and Individual Capacities,

    Defendants,

___

## MOTION TO ALLOW LATE FILING

NOW COMES Stephen P. Lindsay, counsel for the Plaintiffs herein, and hereby requests that this Court allow him to file late the Plaintiffs' Response to the Defendants' Rule 12(b)(6) Motions to Dismiss. In support of this Motion undersigned does offer and say:

1.    This Court granted undersigned an extension of time within which to file said Response. The reason for the extension was that undersigned had a family emergency arise that required his full attention. That motion was unopposed.

2.    The time for filing the Response expired on Friday, June 14, 2018 at midnight;

3.    Undersigned was unable to file same by that time;

4. The delay in filing was no fault of the Plaintiffs and has not been done to improperly delay this matter or for any other improper purpose.

5. Upon information and belief, this short delay has not prejudiced the Defendants in any way.

Wherefore undersigned prays the Court that it deem timely the Response that has been filed simultaneously herewith.

Respectfully submitted this 18th day of June, 2018.

/s/ Stephen P. Lindsay

_____
Stephen P. Lindsay
46 Haywood Street
Suite 200
Asheville, NC 28801
828-551-6446
spl@suttonlindsay.com
NC Bar: 13017

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion for Extension of Time on counsel for the opposing party through the CM/ECF Pacer filing system.

This the 18th day of June, 2018.

/s/ Stephen P. Lindsay

_____
Stephen P. Lindsay
46 Haywood Street
Suite 200
Asheville, NC 28801
828-551-6446
spl@suttonlindsay.com
NC Bar: 13017