IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:18-cv-52

| | |
|---|---|
| SHELBY LYNN CASH and )<br>BETTY JOE CASH BYRNE, )<br>    Plaintiffs )<br>                    )<br>v.                    )<br>                    )<br>LEES-MCRAE COLLEGE, INC. et al, )<br>    Defendants. ) | Notice of Appearance |

The undersigned attorney, Kerstin Walker Sutton, gives notice of appearance as counsel of record for Plaintiffs Shelby Lynn Cash and Betty Joe Cash Byrne.

This is the 15th day of June, 2018.

                                          SUTTON & LINDSAY PLLC

                                          /s/_____
                                          Kerstin Walker Sutton
                                          NC State Bar No. 30008
                                          3215 Deerchase Wynd, Suite 203
                                          Durham, NC 27712-3020
                                          (919) 886-6597
                                          kws@SuttonLindsay.com

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed this Notice of Appearance with the Western District of North Carolina Clerk of Court using the CM/ECF system, which will send notification to counsel of record below:

Carl Newman
CRANFILL SUMNER & HARTZOG LLP
cnewman@cshlaw.com

Katie Weaver Hartzog
CRANFILL SUMNER & HARTZOG LLP
khartzog@cshlaw.com

Stephen P. Lindsay
SUTTON & LINDSAY PLLC
SPL@SuttonLindsay.com

        SUTTON & LINDSAY PLLC

        /s/_____
        Kerstin Walker Sutton
        North Carolina State Bar No. 30008
        3215 Deerchase Wynd, Suite 203
        Durham, NC 27712-3020
        (919) 886-6597
        kws@SuttonLindsay.com