# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 52

| | |
|---|---|
| SHELBY LYNN CASH and BETTY JOE CASH BAYNE, <br><br> Plaintiffs, <br><br> v. <br><br> LEES-MCRAE COLLEGE, INCORPORATED, et al., <br><br> Defendants. | ORDER |

Before the Court is Plaintiffs' Motion to Allow Late Filing [# 8]. On March 5, 2018, Plaintiffs filed their Complaint [# 1]. On May 18, 2018, Defendants filed their Motion to Dismiss [# 3]. On May 31, 2018, the Court granted Plaintiffs' Motion for an Extension of Time to Respond to the Motion to Dismiss [# 7]. The Court gave Plaintiffs through June 15, 2018 to file their response. On June 18, 2018, Plaintiffs' filed their Motion to Allow Late Filing [# 8].

In the Motion, Plaintiffs do not state that they have conferred with opposing counsel as required by LCvR 7.1(b).[1] Accordingly, the Court **DENIES** the Motion [# 8] without prejudice.

Signed: June 20, 2018

Dennis L. Howell
United States Magistrate Judge

---

[1] Because the time to respond has expired, Plaintiffs' Motion does not fall under exception (3) to LCvR 7.1(b). Allowing a late filing is a different relief than an extension of time.