IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:18-cv-52

| | | |
|---|---|---|
| SHELBY LYNN CASH, and<br>BETTY JOE CASH BAYNE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>)<br>)<br>)<br>)<br>) | NOTICE REGARDING WAIVER<br>OF OBJECTIONS TO<br>MAGISTRATE JUDGE'S<br>MEMORANDUM AND<br>RECOMMENDATION |
| LEES-MCRAE COLLEGE, INC.,<br>et al., | )<br>)<br>) | |
| Defendants. | ) | |

COME NOW the Defendants, by and through their undersigned attorneys and pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, and hereby respectfully give notice to the Court and all Parties that Defendants will not file objections to the Magistrate Judge Howell's Memorandum and Recommendation [DE #15] on Defendants' Motion to Dismiss [DE #3], entered on August 13, 2018.

This the 27th day of August, 2018.

Respectfully submitted,

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
khartzog@cshlaw.com
CARL NEWMAN
N.C. State Bar No. 52943

1

cnewman@cshlaw.com
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/828-5100
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the foregoing *Notice Regarding Waiver of Objections to Magistrate Judge's Memorandum and Recommendations* with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record below:

> Stephen P. Lindsay
> Kerstin Walker Sutton
> Sutton & Lindsay, PLLC
> 46 Haywood Street, Suite 200
> Asheville, NC 28801
> spl@suttonlindsay.com
> kws@suttonlindsay.com

CRANFILL SUMNER & HARTZOG LLP

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
khartzog@cshlaw.com
CARL NEWMAN
N.C. State Bar No. 52943
cnewman@cshlaw.com
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/828-5100
*Attorney for Defendants*