IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE: 1:18 cv 52

**SHELBY LYNN CASH**, and
**BETTY JOE CASH BAYNE**,

    Plaintiffs,

VS.

1)     **LEES-MCRAE COLLEGE, INCORPORATED**;
2)     **JON DRIGGERS**, Dean of Students, Lees-McRae College, Incorporated, in his Official and Individual Capacities;
3)     **JEFFREY MERRILL**, Title IX Coordinator & Director of Compliance, Lees-McRae College, Incorporated, in his Official and Individual Capacities;
4)     **JOSH GAISSER**, Assistant Dean of Students for Residence Life, Lees-McRae College, Incorporated, in his Official and Individual Capacities;
5)     **ANDREW TAYLOR**, Adjunct Instructor, Lees-McRae College, Incorporated, in his Official and Individual Capacities,

    Defendants,

_____

### *UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE RECOMMENDATIONS*

NOW COMES Counsel for the Plaintiffs herein, and respectfully submits to the Court the following Motion for Extension of Time to file objections to the Memorandum and Recommendations for case disposition entered by the Court. In support of this Motion undersigned does offer and say:

1. Last Thursday undersigned experienced the onset of serious medical issues;

2. Undersigned was admitted to Mission Hospital this weekend and continues to be under medical care;

3. The Plaintiff's objections to the Magistrate's Recommendations and memorandum are due today and undersigned is not capable of completing and/or submitting them today. Undersigned can provide the Court with additional details of his present condition if required;

4. Opposing counsel has been contacted by undersigned's office and has advised they have no objection to this request.

6. This Motion has been dictated to undersigned's office and undersigned hereby requests that this Court kindly overlook any errors in form that might have been lost or made in the translation and transmittal of this Motion to the Court.

WHEREFORE undersigned prays the Court that he be granted an additional 14 days up to and including September 10, 2018 within which to prepare and file the Plaintiff's objections to the Court's Recommendations and memorandum referenced herein.

Respectfully submitted this 27th day of August, 2018.

/s/ Stephen P. Lindsay

_____
Stephen P. Lindsay
46 Haywood Street
Suite 200
Asheville, NC 28801
828-551-6446
spl@suttonlindsay.com
NC Bar: 13017

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion for Extension of Time

on counsel for the opposing party through the CM/ECF Pacer filing system.

This the 27th day of August, 2018.

/s/ Stephen P. Lindsay

_____
Stephen P. Lindsay
46 Haywood Street
Suite 200
Asheville, NC 28801
828-551-6446
spl@suttonlindsay.com
NC Bar: 13017