# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Betty Joe Cash Bayne<br>Shelby Lynn Cash, | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiffs, | ) <br> ) | 1:18-cv-00052-MR-WCM |
| vs. | ) <br> ) | |
| Jeffrey Merrill; Lees-McRae College, Incorporated; Josh Gaisser; Jon Driggers; and Andrew Taylor, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2019 Order.

January 22, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court